**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

NORTHERN DISTRICT OF TEXAS

Case number (if known) _____    Chapter  11

☐ Check if this is an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy         06/24

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | | |
|---|---|---|---|
| 1. | Debtor's name | WRX Management, LLC | |
| 2. | All other names debtor used in the last 8 years<br>Include any assumed names, trade names and *doing business as* names | | |
| 3. | Debtor's federal Employer Identification Number (EIN) | 99-4423048 | |
| 4. | Debtor's address | **Principal place of business**<br><br>9415 N. Beach St.<br>Fort Worth, TX 76244<br>Number, Street, City, State & ZIP Code<br><br>Tarrant<br>County | **Mailing address, if different from principal place of business**<br><br>12618 Riverhill Rd.<br>Frisco, TX 75033<br>P.O. Box, Number, Street, City, State & ZIP Code<br><br>**Location of principal assets, if different from principal place of business**<br><br>Number, Street, City, State & ZIP Code |
| 5. | Debtor's website (URL) | www.wrxmgmt.com | |
| 6. | Type of debtor | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding LLP)<br>☐ Other. Specify: _____ | |

Debtor **WRX Management, LLC** _____   Case number (*if known*) _____
     Name

7. **Describe debtor's business**  A. *Check one:*

   ■ Health Care Business (as defined in 11 U.S.C. § 101(27A))
   ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
   ☐ Railroad (as defined in 11 U.S.C. § 101(44))
   ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
   ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
   ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
   ☐ None of the above

   B. *Check all that apply*

   ☐ Tax-exempt entity (as described in 26 U.S.C. §501)
   ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
   ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

   C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
      http://www.uscourts.gov/four-digit-national-association-naics-codes.
      __5416__

8. **Under which chapter of the Bankruptcy Code is the debtor filing?**  *Check one:*

   ☐ Chapter 7
   ☐ Chapter 9
   ■ Chapter 11. *Check all that apply*:

   　　☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725 (amount subject to adjustment on 4/01/25 and every 3 years after that).

   　　■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

   　　☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

   　　☐ A plan is being filed with this petition.

   　　☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

   　　☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

   　　☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

   ☐ Chapter 12

9. **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
   If more than 2 cases, attach a separate list.

   ■ No.
   ☐ Yes.

   District _____   When _____   Case number _____
   District _____   When _____   Case number _____

Debtor  **WRX Management, LLC**  Case number (*if known*) _____
      Name

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**
- ☐ No
- ■ Yes.

List all cases. If more than 1, attach a separate list

| | |
|---|---|
| Debtor | Health Drip, PLLC dba SlimdownRx |
| District | Northern District of Texas |
| When | 3/24/25 |
| Relationship | Affiliate |
| Case number, if known | 25-41012 |

**11. Why is the case filed in *this district*?**

*Check all that apply:*
- ■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.
- ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**
- ■ No
- ☐ Yes.

Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)
- ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
  What is the hazard? _____
- ☐ It needs to be physically secured or protected from the weather.
- ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).
- ☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**
- ☐ No
- ☐ Yes. Insurance agency _____
  Contact name _____
  Phone _____

---

### ■ Statistical and administrative information

**13. Debtor's estimation of available funds**

*Check one:*
- ■ Funds will be available for distribution to unsecured creditors.
- ☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**
- ■ 1-49
- ☐ 50-99
- ☐ 100-199
- ☐ 200-999
- ☐ 1,000-5,000
- ☐ 5001-10,000
- ☐ 10,001-25,000
- ☐ 25,001-50,000
- ☐ 50,001-100,000
- ☐ More than 100,000

**15. Estimated Assets**
- ■ $0 - $50,000
- ☐ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ☐ $500,001 - $1 million
- ☐ $1,000,001 - $10 million
- ☐ $10,000,001 - $50 million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million
- ☐ $500,000,001 - $1 billion
- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

Debtor   **WRX Management, LLC**_____   Case number (*if known*)_____
          Name

16. Estimated liabilities
    - ☐ $0 - $50,000
    - ☐ $50,001 - $100,000
    - ☐ $100,001 - $500,000
    - ■ $500,001 - $1 million
    - ☐ $1,000,001 - $10 million
    - ☐ $10,000,001 - $50 million
    - ☐ $50,000,001 - $100 million
    - ☐ $100,000,001 - $500 million
    - ☐ $500,000,001 - $1 billion
    - ☐ $1,000,000,001 - $10 billion
    - ☐ $10,000,000,001 - $50 billion
    - ☐ More than $50 billion

Debtor **WRX Management, LLC**     Case number (*if known*) _____
    Name

### Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **March 27, 2025**
                  MM / DD / YYYY

X _____     **Jose Muniz**
Signature of authorized representative of debtor     Printed name

Title   **Chairman, Board of Managers**

**18. Signature of attorney**

X _____     Date **March 27, 2025**
Signature of attorney for debtor                  MM / DD / YYYY

**M. Jermaine Watson**
Printed name

**Cantey Hanger, LLP**
Firm name

**600 West 6th Street, Suite 300**
**Fort Worth, TX 76102**
Number, Street, City, State & ZIP Code

Contact phone   **817-877-2800**     Email address   **jwatson@canteyhanger.com**

**24063055 TX**
Bar number and State

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| IN RE: | § | CHAPTER 11 |
| | § | |
| WRX Management, LLC, | § | CASE NO. _____ |
| | § | |
| DEBTOR. | § | |
| | § | |
| | § | |

**DEBTOR'S § 1116(1)(B) STATEMENT
REGARDING ITS BALANCE SHEET, STATEMENT OF OPERATIONS,
CASH FLOW STATEMENT, AND FEDERAL TAX RETURN**

Pursuant to 11 U.S.C. § 1116(1)(B), Dr. Jose Muniz, the chairman of the Board of Managers of WRX Management, LLC, a Wyoming limited liability company, debtor and debtor-in-possession in the above-captioned chapter 11 bankruptcy proceeding (the "Debtor"), hereby states under penalty of perjury that no balance sheet, statement of operations, cash flow statement has been prepared and no Federal tax return has been filed on behalf of the Debtor in this chapter 11 bankruptcy proceeding.

_____
Dr. Jose Muniz
Chairman, Board of Managers

# WRITTEN ACTION OF THE BOARD OF MANAGERS
# OF
# WRX MANAGEMENT, LLC

The undersigned, being the chairman of the Board of Managers ("Managers") of WRX Management, LLC ("Company"), a Wyoming limited liability company, does hereby certify that the following proposed actions have been taken by the Managers in lieu of a meeting for such purposes:

**RESOLVED,** after consideration of the Company's financial and operational condition, it is in the best interests of the Company, its creditors and interest owners to file a petition under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101 – 1532 (the "Bankruptcy Code").

**FURTHER RESOLVED,** that the Company is hereby authorized to do the following:

1.  Execute and verify a petition and any schedules, lists, affidavits, certifications or required papers in the name of the Company under chapter 11 of the Bankruptcy Code and to cause the same to be filed in the United States Bankruptcy Court for the Northern District of Texas, Fort Worth Division;

2.  Employ and retain the law firm of Cantey Hanger LLP as bankruptcy counsel for the Company in its chapter 11 case;

3.  Employ and retain such further legal, financial, accounting and bankruptcy services firms as may be deemed necessary or appropriate for the chapter 11 case; and

4.  Authorize Dr. Jose Muniz to take such further action in the name of the Company within the chapter 11 case as he deems necessary and appropriate to protect the Company, its creditors, and interest owners.

**IN WITNESS WHEREOF,** the undersigned being the chairman of the Managers of the Company, has hereunto set his hand as of this 26th day of March, 2025.

_____
Dr. Jose Muniz
Chairman, Board of Managers